AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    Massachusetts

UNITED STATES

V.

James Merrill

**EXHIBIT LIST**

Case Number: 14-MJ-4172-DHH

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hillman | Lelling, Flashner | Goldstein |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 6/5/14 | Kusa-Ryll | Castles |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | 6/5/14 | | | Witness Paul Melican |
| A1- | A6 | 6/5/14 | X | X | Photographs |
| B | | 6/5/14 | X | X | TelexFree Invoices |
| C | | 6/5/14 | X | X | TelexFree contract |
| D | | 6/5/14 | X | X | E-mail |
| E | | 6/5/14 | X | X | Publishing -How Important is Alexa Rankings |
| F | | 6/5/14 | X | X | TelexFree's Response and objection to subpoenas filed in Securities Division |
| G | | 6/5/14 | X | X | Affidavit filed by Stuart MacMillan in Nevada Bankruptcy Court |
| H | | 6/5/14 | X | X | Affidavit dated 4/14/14 filed by William Runge in Nevada Bankruptcy Court |
| I | | 6/5/14 | X | X | `Affidavit dated 5/2/14 filed by William Runge in Nevada Bankruptcy Court |
| J | | 6/5/14 | X | X | Vita, Gerald P. Nehra |
| K | | 6/5/14 | X | X | Robert Weaver, Jr. Profile |
| L | | 6/5/14 | X | X | The Sheffield Team publication |
| M | | 6/5/14 | X | X | Babener & Associates publication |
| N | | 6/5/14 | X | X | Transcript of Securities Division Interview of James Merrill |
| O | | 6/5/14 | X | X | TelexFree website screenshot |
| P | | 6/5/14 | X | X | TelexFree website screenshot |
| Q | | 6/5/14 | X | X | E-mail from Jim Merrill dates 10/1/13 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.