# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | No.   14-CR-40028-TSH |
| v. ] | |
| ] | |
| JAMES MERRILL and ] | |
| CARLOS WANZELER ] | |

**AFFIDAVIT OF STEPHEN B. DARR REGARDING MY PRIOR CONSENT
TO THE UNITED STATES GOVERNMENT'S POSSESSION AND USE
OF THE DEBTORS' RECORDS**

I, Stephen B. Darr, hereby submit this affidavit regarding my consent to the United States Department of Justice's (the "Government") possession and use of the business records of TelexFree, Inc., TelexFree LLC, and TelexFree Financial, Inc. (collectively, "Debtors").

**I.   Background**

1. On April 13, 2014 ("Petition Date"), each of the three debtor entities filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for the District of Nevada. The Debtors initially operated as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. Prior to the initiation of the bankruptcy cases, the Commonwealth of Massachusetts, Office of Secretary of State, Securities Division ("MSD") had commenced an investigation into the Debtors' business practices. On or about April 15, 2014, the MSD commenced an administrative proceeding against the Debtors. In that time frame, the U.S. Securities and Exchange Commission ("SEC") also commenced an action against the Debtors and others in the United States District Court for the District of Massachusetts. Finally, also on or about April 15, 2014, agents from the Department of Homeland Security executed search warrants at TelexFree's headquarters in Marlboro, Massachusetts, and at Xand Corporation and Exigo, Inc., two entities also in possession of Debtors' business data.

3. On or about April 22, 2014, in light of allegations of illegal activity at the Debtor entities, the Office of the United States Trustee filed a motion for the appointment of a Chapter 11 Trustee. On May 30, 2014, the United States Trustee's motion was granted and I was appointed on June 6, 2014.

## II. Consent

4. Soon after my appointment as trustee, on or about June 9, 2014, I learned that the Government was in possession of the Debtors' books and records. I agreed at that time that the Government could retain possession of the books and records and that the Government would provide me with copies, as needed, of both electronic and physical books and records of the Debtors. I also agreed that the Government could use the Debtors' books and records in its investigation of the activities of the Debtors' and of any employees thereof.

5. On or about June 28, 2016, an attorney for the Government informed me that, in the pending criminal case against James Merrill, Mr. Merrill had filed several motions to suppress the evidence seized from TelexFree's headquarters, Xand Corporation, and Exigo, Inc. At that time I again confirmed my assent to the Government's possession and use of Debtors' books and records in the criminal matter.

I attest that, to the best of my knowledge, the foregoing is true and accurate.

Dated: August 29, 2016

Stephen B. Darr
Chapter 11 Trustee
TelexFree, Inc., TelexFree LLC, and
TelexFree Financial, Inc.

Tracy A. Genzale
Notary Public
Commonwealth of Massachusetts
My Commission Expires on April 3, 2020

2