UNITED STATES DISTRICT COURT
                            DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
                                    )
                                    )
     v.                             )   Criminal No. 14-CR-40028-TSH
                                    )
JAMES MERRILL,                      )
         Defendant

**Assented-To Motion to Re-Schedule**

Now comes the defendant, James Merrill, by and through undersigned counsel, and hereby moves the Court for an order rescheduling the arraignment on the Superseding Indictment from today, September 19, 2016, to October 6, 2016. As grounds and reasons therefore, the parties are presently scheduled to appear in Court on October 6, 2016, for hearing on any *in limine* motions.

The government, by and through Andrew Lelling, assents to the request.

                                        Respectfully submitted,
                                        JAMES MERRILL,
                                        By his Attorney,


                                        **/s/ Robert M. Goldstein**
                                        Robert M. Goldstein, Esq.
                                        Mass. Bar No. 630584
                                        20 Park Plaza, Suite 1000
                                        Boston, MA 02116
                                        (617) 742-9015
                                        rmg@goldstein-lawfirm.com

Dated: September 19, 2016

## Certificate of Service

I, Robert M. Goldstein, hereby certify that on this date, September 19, 2016, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Andrew Lelling and Neil Gallagher.

**/s/ Robert M. Goldstein**
Robert M. Goldstein