| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 001 | Alabama Public Utility Comm. Filing - 3/20/14 | | | |
| 002 | Telexfree International Ltd. Artcles of Association (Grand Cayman) - 03/06/14 | | | |
| 003 | Telexfree International Ltd. Memorandum of Association (Grand Cayman) - 03/06/14 | | | |
| 004 | Massachusetts Secretary of the Commonwealth Application for Registration for TelexFree LLC - 04/18/13 | | | |
| 005 | Merrill - Westfield State College transcript | | | |
| 006 | TelexFree LLC - Massachusetts Secretary of the Commonwealth Annual Report - 11/15/13 | | | |
| 007 | TelexFree LLC - Massachusetts Secretary of the Commonwealth Certificate of Amendment - 11/19/13 | | | |
| 008 | Intentionally blank-no exhibit | | | |
| 009 | Exigo Master Subscription Agreement - 05/09/13 | | | |
| 010 | Global Payroll Gateway Agreement - 05/23/13 | | | |
| 011 | i-Payout Agreement - 08/30/13 | | | |
| 012 | Lease - Cedar Hill, Marlborough - 11/22/13 | | | |
| 013 | Vantage Payment Agreement - 12/05/13 | | | |
| 014 | Allied Wallet Agreement - 01/13/14 | | | |
| 015 | Letter - TelexFree Business Model | | | |
| 016 | Letter/Affidavit - Merrill to Struzik - 11/27/13 | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 017 | Intentionally blank-no exhibit | | | |
| 018 | TelexFree Promoter Contract (Old Plan) | | | |
| 019 | TelexFree Customer Service Script | | | |
| 020 | TelexFree Site - Photo - money in air (12/28/13) | | | |
| 021 | TelexFree Site - Photo - Merrill (12/28/13) | | | |
| 022 | TelexFree Site - Photo - Merrill (12/28/13) | | | |
| 023 | TelexFree Site - Photo - Check (12/28/13) | | | |
| 024 | TelexFree Site - Merrill/Hummer (1/01/13) | | | |
| 025 | TelexFree Site - Merrill/Car/Yacht/Mansion (1/02/13) | | | |
| 026 | TelexFree Site - Home Page (02/25/12) | | | |
| 027 | TelexFree Site - PowerPoint (Portuguese) ( 02/25/12) | | | |
| 028 | TelexFree Site - Home Page (07/16/12) | | | |
| 029 | TelexFree Site - PowerPoint (07/16/12) | | | |
| 030 | TelexFree Site - Home Page (01/19/13) | | | |
| 031 | TelexFree Site - PowerPoint (01/19/13) | | | |
| 032 | TelexFree Site - Home Page (02/16/13) | | | |
| 033 | TelexFree Site - PowerPoint (02/16/13) | | | |
| 034 | TelexFree Site - Promoter Earnings (05/12/12) | | | |
| 035 | TelexFree Site - Earnings, Tag Line (Port.) (12/27/12) | | | |
| 036 | TelexFree Site - Tag Line (English) - 03/06/13 | | | |
| 037 | TelexFree Site - Best Western (03/30/13) | | | |
| 038 | TelexFree Site - FAQ (08/31/13) | | | |
| 039 | TelexFree Site - Cruise Ad (11/06/13) | | | |
| 040 | TelexFree Site - Tag Line (English) (04/12/13) | | | |
| 041 | TelexFree Site - Spain Conference (02/14/14) | | | |
| 042 | TelexFree Site - Home Page, 60 Min (04/13/14) | | | |
| 043 | TelexFree Site - Merrill Bio & Photos Page | | | |
| 044 | TelexFree Site - Nehra Bio Page | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 045 | PowerPoint -TelexFree Business Presentation - Digital Advertising | | | |
| 046 | PowerPoint -TelexFree Business Presentation - Internet Advertising | | | |
| 047 | TelexFree Site - 60 Min | | | |
| 048 | TelexFree Site - 60 Min | | | |
| 049 | TelexFree Site - Brazil Cruise Ad (12/05/13) | | | |
| 050 | TelexFree Site - Invoice, 60 Min (UC) | | | |
| 051 | TelexFree Site - Central Access, 3000 Min (UC) | | | |
| 052 | TelexFree Site - Verif Binary, Tertiary Earnings (UC) | | | |
| 053 | TelexFree Site - $1425 Invoice (01/23/14 at 8:24pm) | | | |
| 054 | TelexFree Site - eWallet to Bank (01/25/14 at 7:10pm) | | | |
| 055 | TelexFree Site - Ad Post - Telexpub (01/27/14 at 7:02pm) | | | |
| 056 | TelexFree Site - Ad Post - Telexpub (01/27/14 at 7:03:04pm) | | | |
| 057 | TelexFree Site - Ad Post - Telexpub (01/27/14 at 7:03:19pm | | | |
| 058 | TelexFree Site - Ad Post - Validate (01/27/14 at 7:03:41pm) | | | |
| 059 | TelexFree Site - Ad Post - Validate (01/27/14 at 7:03:58pm) | | | |
| 060 | TelexFree Site - Ad Post - Validate (01/27/14 at 7:04pm) | | | |
| 061 | TelexFree Site - Ad Post - Validate (01/27/14 at 7:06pm) | | | |
| 062 | Intentionally blank-no exhibit | | | |
| 063 | TelexFree Site - Withdraw (02/04/14 at 7:22:35pm) | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 064 | TelexFree Site - Withdraw Success (02/04/14 at 7:22:58pm) | | | |
| 065 | Intentionally blank-no exhibit | | | |
| 066 | Intentionally blank-no exhibit | | | |
| 067 | TelexFree Site - Incoming, Outgoing Funds (02/13/14 at 3:36:44pm) | | | |
| 068 | TelexFree Site - Incoming, Outgoing Funds (02/13/14 at 3:36:55pm) | | | |
| 069 | TelexFree Site - Incoming, Outgoing Funds (02/13/14 at 3:37pm) | | | |
| 070 | Intentionally blank-no exhibit | | | |
| 071 | TelexFree Site - Weekly Ad Post Verification (02/16/14 at 3:50pm) | | | |
| 072 | Intentionally blank-no exhibit | | | |
| 073 | Intentionally blank-no exhibit | | | |
| 074 | TelexFree Site - Report of Accounts (03/30/14 at 7:26:13pm) | | | |
| 075 | TelexFree Site - Right Team (03/30/14 at 7:26:22pm) | | | |
| 076 | TelexFree Site - Right Team (03/30/14 at 7:26:34pm) | | | |
| 077 | TelexFree Site – Merrill Bio Page (6 26 12) | | | |
| 78-79 | Intentionally blank-no exhibit | | | |
| 080 | Ad Site Screen Shot - Classif Giant (02/04/14 at 7:32pm) | | | |
| 081 | Ad Site Screen Shot - Classif Giant (02/04/14 at 7:35pm) | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 082 | Ad Site Screen Shot - Free Classif (03/04/14 at 7:46pm) | | | |
| 83-112 | Intentionally blank-no exhibit | | | |
| 113 | Ad Site Screen Shot - Classif Giant (04/07/14 at 3:03:18pm) | | | |
| 114 | Ad Site Screen Shot - Classif Giant (04/07/14 at 3:03:28pm) | | | |
| 115 | Ad Site Screen Shot - Classif Giant (04/07/14 at 3:04:11pm) | | | |
| 116 | Ad Site Screen Shot - AdPost (04/07/14 at 3:06:29pm) | | | |
| 117 | Ad Site Screen Shot - AdPost (04/07/14 at 3:06:35pm) | | | |
| 118 | Intentionally blank-no exhibit | | | |
| 119 | Intentionally blank-no exhibit | | | |
| 120 | Photo of Merrill and Wanzeler at vontade event in 2012 | | | |
| 121 | Business Cards - HIS UC Operation | | | |
| 122-128 | Intentionally blank-no exhibit | | | |
| 129 | Ympactus Telexfree Licensing Agreement (Official) | | | |
| 130 | Ympactus Incorp Doc - Decl of Framework (3/09/10) | | | |
| 131 | Ympactus Incorp Doc - Co Constitution (3/09/10) | | | |
| 132 | Ympactus Incorp Doc - Second Amend (1/04/11) | | | |
| 133 | Ympactus Incorp Doc - Fourth Alteration (12/14/12) | | | |
| 134 | Ympactus Incorp Doc - Subscription of Shares (7/09/13) | | | |
| 135 | Ympactus Incorp Doc - Positions (7/10/13) | | | |
| 136-139 | Intentionally blank-no exhibit | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 140 | TelexFree Facebook Page - Brazil Cruise Ad | | | |
| 141 | TelexFree Brazil Cruise Ad | | | |
| 142 | Photo - Orlando - Hummer (UC) | | | |
| 143 | Intentionally blank-no exhibit | | | |
| 144 | Photo - Orlando - Mercedes (UC) | | | |
| 145-148 | Intentionally blank-no exhibit | | | |
| 149 | TelexFree Press Release - Newswire.net (03/01/13) | | | |
| 150 | Email - Merrill to Babener et al re TelexFree LLC, with attachment (08/12/13) | | | |
| 151 | Email - Fwd from Wanzeler to Merrill et al re Telex free Intro (08/13/13) | | | |
| 152 | Intentionally blank-no exhibit | | | |
| 153 | Letter - Babener to Merrill re FTC v JewelWay Etc (08/14/13) | | | |
| 154 | Email - Babener to Merrill et al re Marketing Program, with attachment (08/15/13) | | | |
| 155 | Email - Babener to Merrill et al re Marketing Program (08/15/13) | | | |
| 156 | Email - Babener to Merrill et al re Thoughts on Changes (08/24/13) | | | |
| 157 | Email - Babener to Merrill et al re Bowdoin Indictment (09/19/13) | | | |
| 158 | Email - Babener to Sheffield et al  re: Telexfree (09/30/13) | | | |
| 159 | Email - Babener to Merrill et al re Customer Referral (09/30/13) | | | |
| 160 | Email - Merrill to Wanzeler et al re: New Residual Commission (10/01/13) | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 161 | Email - Babener to Sheffield et al re: Telexfree Policies and Procedures (10/01/13) | | | |
| 162 | Email - Babener to Merrill et al re Bronze, Silver, Gold Training (10/01/13) | | | |
| 163 | Email - Babener to Sheffield re New Residual Commission (10/01/13) | | | |
| 164 | Email - Sandford to Merrill, Babener et al re Contract Discussion (10/09/13) | | | |
| 165 | Email - Babener to Craft et al re Canada Singapore Bank (11/16/13) | | | |
| 166 | Email - Babener to Merrill et al re Telexfree Colombia (11/16/13) | | | |
| 167 | Email - Babener to Merrill et al re Interim Stages (11/17/13) | | | |
| 168 | Email - Babener to Merrill et al re Interim Stages (11/18/13) | | | |
| 169 | Email - Fwded from Babener re New Ad Bonus (12/02/13) | | | |
| 170 | Email - Merrill to Babener et al re: New Ad Bonus (12/03/13) | | | |
| 171 | Email - Merrill to Babeber et al re: New Ad Bonus (12/03/13) | | | |
| 172 | Email - Babener to Merrill et al re Letter (12/08/13) | | | |
| 173 | Email - Babener to Merrill et al re letter (12/08/13) | | | |
| 174 | Email - Babener to Wanzeler, Merrill et al re: Urgente Peru (01/19/14) | | | |
| 175 | Email - Fwded from Wanzeler to Costa, Merrill, Babener et al re Bridge (01/23/14) | | | |
| 176 | Email - Babener to Merrill et al re Comp Plan V1.9 (01/23/14) | | | |
| 177 | Email - Babener to Merrill et al re: In the Matter of Telexfree, Inc (02/05/14) | | | |
| 178 | Email - Babener to Merrill et al re Local Counsel (02/07/14) | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 179 | Email - Merrill to Babener et al re: This Afternoon (02/07/14) | | | |
| 180 | Email - Babener to Merrill et al (02/09/14) | | | |
| 181 | Email - Babener to Merrill et al re I was called by State of Montana (2/19/14) | | | |
| 182 | Email - Babener to Wanzeler et al re Justification for Fee Charges (02/23/14) | | | |
| 183 | Email - Babener to Merrill et al re Lauch of New comp Plan (02/27/14) | | | |
| 184 | Email - Merrill to Berthiaume, Babener et al re: Angelo Alves, with attachment (03/04/14) | | | |
| 185 | Email - Wanzeler to Berthiaume, Babener et al re: Angelo Alves, with attachments (03/05/14) | | | |
| 186 | Email - Babener to Group re Press Releases, Interviews, Newsletters (03/15/14) | | | |
| 187 | Intentionally blank-no exhibit | | | |
| 188 | Intentionally blank-no exhibit | | | |
| 189 | Email - Merrill to Craft re 2012 (2/7/2013) | | | |
| 190 | Email - Merrill to Craft re: Loan (02/22/13) | | | |
| 191 | Email - Merrill to Craft et al re Questions (3/05/13) | | | |
| 192 | Email - Merrill to Craft re: Loan, with attachments (04/23/13) | | | |
| 193 | Email - Merrill to Craft et al re Year End for TelexFree LLC (6/20/13) | | | |
| 194 | Email - Merrill to Craft et al re TelexFree (6/26/13) | | | |
| 195 | Email - Weaver to Craft et al re: Carlos Wanzeler and Jim Merrill (02/10/14) | | | |
| 196 | Email from Babener to Weaver et al re TF Litigation Matters dated 4/05/14 | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 197 | Chart - Telexfree Inc. Business Operations | | | |
| 198 | TelexFREE Executive Summary | | | |
| 199 | Telexfree LLC Profits & Loss - 2012 | | | |
| 200 | Email - Wanzeler to Mitchell et al re Launch Telexfree Skype (07/30/12 at 1:53pm) | | | |
| 201 | Email - Fwded from Wanzeler to Mitchell et al re Launch Telexfree Skype (07/30/12 at 12:08am) | | | |
| 202 | Email - Merrill to Wanzeler et al re Should We Move Forward (08/17/12) | | | |
| 203 | Email - Fwded from Wanzeler to Merrill et al re Should We Move Forward (08/17/12) | | | |
| 204 | Email - Fwded from Mitchell to Merrill et al re Access Northeast Pricing (12/07/12 at 6:42am) | | | |
| 205 | Email - Fwded from Mitchell to Merrill et al re Access Northeast Pricing (12/07/12 at 5:31pm) | | | |
| 206 | Email - Merrill to Mitchell et al re Access Northeast Pricing (12/07/12 at 7:17pm) | | | |
| 207 | Email - Mitchell to Merrill et al re Access Northeast Pricing (12/09/12) | | | |
| 208 | Email - Merrill to Mitchell et al re Access Northeast Pricing (12/10/12) | | | |
| 209 | Email - Merrill to Borromei et al re IDSTC Letter of Introduction (01/08/13) | | | |
| 210 | Email - Merrill to Mitchell  et al re Bots and Wireshark (01/09/13) | | | |
| 211 | Email - Fwded from Merrill to Mitchell et al re English Terms and Conditions, with attachment (01/11/13) | | | |
| 212 | Email - Mitchell to Pascutti re: Thoughts on Exigo (4/15/13) | | | |
| 213 | Email - Mitchell to Borromei et al re Requesting Numbers (07/23/13) | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 214 | Email - Fwded from Mithcell to Merrill et al re Requesting Numbers (07/31/13) | | | |
| 215 | Email - Mitchell to Merrill et al re Requesting Numbers (8/01/13 at 6:58pm) | | | |
| 216 | Email - Merrill to Mitchell et al re Requesting Numbers (8/01/13 at 8:28pm) | | | |
| 217-219 | Intentionally blank-no exhibit | | | |
| 220 | Email - Andreia to Merrill et al re Daily Receivables (04/03/14 at 6:41pm) | | | |
| 221 | Email - Andreia to Merrill et al re Daily Receivables (04/03/14 at 7:50pm) | | | |
| 222-225 | Intentionally blank-no exhibit | | | |
| 226 | Email - Nehra to Merrill re Legal Review (5/20/12) | | | |
| 227 | Email - Nehra to Merrill re Defamation of the Company TelexFree (11/25/12) | | | |
| 228 | Email - Nehra to Merrill re Cost to Renew (1/14/13) | | | |
| 229 | Email - Merrill to Nehra re Informations (1/17/13) | | | |
| 230 | Email - Merrill to Nehra re Buy Back Telexfree Inventory (3/16/13) | | | |
| 231 | Email - Nehra to Merrill et al re Inquiry MSD, with attachment (04/08/13) | | | |
| 232 | Email - Nehra to Greenside et al re Telexfree Inquiry No 3998 (04/08/13) | | | |
| 233 | Email - Merrill to Nehra re Choose Ad Item (04/23/13) | | | |
| 234 | Email - Nehra to Merrill re TelexFree (05/03/13) | | | |
| 235 | Email - Provost to Nehra re TelexFree (05/14/13) | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 236 | Email - Nehra to Merrill re New Buy Back Clause (07/10/13) | | | |
| 237 | Email - Merrill to Nehra et al re Please Change (07/16/13) | | | |
| 238 | Email - Merrill to Nehra et al re Requesting Numbers (07/23/13) | | | |
| 239 | Email - Nehra to Merrill et al re California Event (07/26/13) | | | |
| 240 | Transcript - Nehra in Newport Beach, CA (7/26/13) | | | |
| 241 | Email - Merrill to Nehra et al re Spam Information Telexfree (07/29/13 at 10:28am) | | | |
| 242 | Email - Nehra to Merrill et al re Information Telexfree (07/29/13 at 10:58am) | | | |
| 243 | Email - Merrill to Nehra et al re TelexFree Account (07/31/13 at 9:14am) | | | |
| 244 | Email - Merrill to Nehra et al re TelexFree Account (07/31/13 at 10:15am) | | | |
| 245 | Email - Merrill to Nehra et al re The Numbers (07/31/13 at 11:21am) | | | |
| 246 | Email - Merrill to Nehra et al re Telexfree June 1 to Aug 15 2013, with attachments (08/27/13) | | | |
| 247 | Email - Nehra to Merrill re Telexfree June 1 to Aug 15 2013 (08/27/13 at 3:23pm) | | | |
| 248 | Email - Merrill to Nehra et al re Olha o Motivo ai (12/19/13) | | | |
| 249 | Email - Merrill to Nehra et al re Telexfree Article (01/21/14 at 1:19pm) | | | |
| 250 | Email - Merrill to Nehra et al re Disturbing Phone Call (01/21/14 at 1:22pm) | | | |
| 251 | Email - Merrill to Craft et al re In the Matter of Telexfree Inc. (01/26/14) | | | |
| 252 | Email - Nehra to Wanzeler et al re Dear Mr. Nehra (02/14/14) | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 253 | Email - Nehra to Weaver et al re Telexfree Sales (02/16/14) | | | |
| 254 | Email - Wanzeler to Craft el al re Inquiry Massachusetts Securities Division (02/18/14) | | | |
| 255 | Email - Babener to Nkikes re 60 Days (12/12/13) | | | |
| 256 | Email - Babener to Sheffield et al re Potitial Flaws in Propsed Plan (12/24/13) | | | |
| 257 | Email - Wanzeler to Merrill re: Telexfree US Red Flags, with attachment (09/30/13) | | | |
| 258 | Email - Merrill to Labriola et al re see presentation & Costa Por favor with attachment  1/04/13 | | | |
| 259 | Email - Merrill to Labriola et al re US Presentation translate 1/12/13 | | | |
| 260 | Email - Merrill to Labriola re apresentacao telexfree 2013 attachment  2/06/13 | | | |
| 261 | Email - Merrill to Labriola re changes 02072013 attachment 2/08/13 | | | |
| 262 | Email - Merrill to Labriola et al re: Team Builder bonus not paid dated 03/15/13 | | | |
| 263 | Email - Labriola to Merrill et al re TelexFree what's going around the net  9/30/13 | | | |
| 264 | Email - Merrill to Wanzeler et al re New Residual Commison 10/01/13 | | | |
| 265 | Email - Babener to Merrill el al re People are Posting this online 1/12/14 | | | |
| 266 | Email - Kikes to Weaver et al re IN the Matter of Telexfree Inc 1/22/14 | | | |
| 267 | Email - Labriola to Merrill et al re: Solution for Registration Problems in Puerto Rico dated 01/31/14 [was #195] | | | |
| 268 | Email - Merrill to Babener et al re I was called by state of Montana  2/19/14 | | | |
| 269 | Email - Weaver to Jolley at al re MetroWest Daily News query 3/05/14 | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 270 | Email - Casula to Labriola et al Press Relesae, Interviews, Newsletters  3/15/14 | | | |
| 271 | Email - Yenatska to Gonzalez re: TF Acct to Acct Transfers (02/19/14) | | | |
| 272 | Agreement - Propay Card, Payments Account and Marketing Agreement | | | |
| 273 | Intentionally blank-no exhibit | | | |
| 274 | Agreement - Propay ProtectPay Client Agreement | | | |
| 275 | Application - Propay Merchant Services | | | |
| 276 | Propay Transaction Detail  (.pdf copy) | | | |
| 276.01 | Propay Transaction Detail  (.xlsx copy) | | | |
| 277 | Propay Transaction Detail, with Chargeback Codes  (.pdf copy) | | | |
| 277.01 | Propay Transaction Detail, with Chargeback Codes (.xlsx copy) | | | |
| 278 | GPG  Corporate Client Payroll & Commission Processing and Payment Services Agreement with Telexfree, LLC. | | | |
| 279 | GPG  Corporate Client Payroll & Commission Processing and Payment Services Agreement with Telexfree, Inc. | | | |
| 280 | Intentionally blank-no exhibit | | | |
| 281 | Agreement - GPG Merchant Processing | | | |
| 282 | Phoenix Payments Statement 062013 | | | |
| 283 | Phoenix Payments Statement 072013 | | | |
| 284 | Phoenix Payments Statement 082013 | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 285 | Phoenix Payments Statement 092013 | | | |
| 286 | Base Commerce (Phoenix Payments) Statement 102013 | | | |
| 287 | GPG/Base Commerce Telexfree Transaction and Chargebacks (.pdf copy) | | | |
| 287.01 | GPG/Base Commerce Telexfree Transaction and Chargebacks (.xlsx copy) | | | |
| 288 | GPG Payout Records | | | |
| 289 | International Payout Electronic Payment Processing Services Agreement | | | |
| 290 | Letter - Gonzalez to Merrill (03/3/4) | | | |
| 291 | International Payout - Payout History  (.pdf copy) | | | |
| 291.01 | International Payout - Payout History  (.xlsx copy) | | | |
| 292 | International Payout - Telex Paid Invoices  (.pdf copy) | | | |
| 292.01 | International Payout -Telex Paid Invoices  (.xlsx copy) | | | |
| 293 | International Payout - Telexfree Credit Card Transactions  (.pdf copy) | | | |
| 293.01 | International Payout -Telexfree Credit Card Transactions  (.xlsx copy) | | | |
| 294 | Agreement - Allied Wallet | | | |
| 294.01 | Allied Wallet Telexfree Bank Details Form (TD Bank) | | | |
| 294.02 | Allied Wallet Telexfree Bank Details Form (Bank of Amreica) | | | |
| 294.03 | Allied Wallet Telexfree Bank Details Form (Fidelity Bank) | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 294.04 | Allied Wallet Telexfree Bank Details Form (Wells Fargo Bank) | | | |
| 295 | Allied Wallet - All Telexfree Transactions (.xlsx copy) | | | |
| 295.01 | Allied Wallet Transaction List 8.1 -8.31  (.xlsx copy) | | | |
| 295.02 | Allied Wallet Transaction List 9.1 -9.30  (.xlsx copy) | | | |
| 295.03 | Allied Wallet Transaction List 10.1 -10.31 (.xlsx copy) | | | |
| 295.04 | Allied Wallet Transaction List 11.1 -11.13 (.xlsx copy) | | | |
| 295.05 | Allied Wallet Transaction List 11.14 -11.30 (.xlsx copy) | | | |
| 295.06 | Allied Wallet Transaction List 12.1 -12.9 (.xlsx copy) | | | |
| 295.07 | Allied Wallet Transaction List12.10 -12.31 (.xlsx copy) | | | |
| 295.08 | Allied Wallet Transaction List 1.1 -1.8 (.xlsx copy) | | | |
| 295.09 | Allied Wallet Transaction List 1.9 - 1.31 (.xlsx copy) | | | |
| 296 | Allied Wallet chargebacks | | | |
| 297-309 | Intentionally blank-no exhibit | | | |
| 310 | Letter - MA Securities Division (Leone) to Merrill re Inquiry No. 3998 (04/04/13) | | | |
| 311 | Email - Nehra to Leone et al re TelexFree Inquiry No. 3998 (04/12/13) | | | |
| 312 | Email - Nehra to Greeside et al re Inquiry No. 3998, with attachment (04/25/13) | | | |
| 313 | Email - Nehra to Greenside et al re Inquiry No. 3998 Para 3-1 of 6, with attachment (04/24/13) | | | |
| 314 | Email - Nehra to Greenside et al re Inquiry 3998, with attachments (04/23/13) | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 315 | Email - Nehra to Greenside et al re TelexFree Inquiry 3998, with attachments (04/12/13) | | | |
| 316 | Email - Nehra to Greenside et al re Inquiry No. 3998, with attachment (04/23/13 at 4:32pm) | | | |
| 317 | Email - Nehra to Greenside et al re Inquiry No. 3998, with attachment (04/23/13 at 4:31pm) | | | |
| 318 | Email - Nehra to Greenside et al re Inquiry No. 3998 (04/23/13) | | | |
| 319 | Email - Nehra to Greenside et al re Inquiry No. 3998 (04/25/13) | | | |
| 320 | Letter - MA Securities Division to TelexFree re In the Matter of Telexfree Inc. (01/22/14) | | | |
| 321 | Letter - MA Securities Division to TelexFree re In the Matter of Telexfree Inc. (02/05/14) | | | |
| 322 | Fax - Nehra to Leone re Terms of Use and Invoice (1/31/14) | | | |
| 323 | Letter - Greenberg Traurig to MA Securities Division re Docket No. 2014-0004 (02/26/14) | | | |
| 324 | Letter - Greenberg Traurig to MA Securities Division re Docket No. 2014-0004 (02/27/14) | | | |
| 325 | Telefree, Inc. - Profit and Loss - January to December 31, 2013 | | | |
| 326 | Telexfree LLC - Profit and Loss - January to December 31, 2013 | | | |
| 327 | Telexfree, Inc. - Balance Sheet as of December 31, 2013 | | | |
| 328 | Telexfree LLC - Balance Sheet as of December 31, 2013 | | | |
| 329 | Telexfree, Inc. - Profits and Loss - January to December 31, 2012 | | | |
| 330 | Telexfree LLC - Profits and Loss - January to December 31, 2012 | | | |
| 331 | Telexfree, Inc. - Balance Sheet as of December 31, 2012 | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 332 | Telexfree LLC - Balance Sheet as of December 31, 2012 | | | |
| 333 | Letter - MA Securities Division to Wanzeler re In the Matter of Telexfree Inc. (02/05/14) | | | |
| 334 | Letter - MA Securities Division to Merrill re In the Matter of Telexfree Inc. (02/05/14) | | | |
| 335 | Deposition - James Merrill conducted by MA Securities Division (03/25/14) | | | |
| 336 | Deposition - Carlos Wanzeler conducted by MA Securities Division (03/26/14) | | | |
| 350 | James Merrill 2012 federal tax return | | | |
| 351 | TelexFree Inc 2012 federal tax return | | | |
| 352 | TelexFree LLC 2012 federal tax return | | | |
| 353 | TelexFree LLC 2013 federal tax return | | | |
| 354-369 | Intentionally blank-no exhibit | | | |
| 370 | Video - Hotel TelexFREE - The Best Western Deal (English) (A2uja1QHQc) ( 4/21/13) | | | |
| 370.01 | Transcript of A2uja1QHQc | | | |
| 371 | Video - Tom More TelexFREE (2mr81sHYC0A) (5/20/13) | | | |
| 371.01 | Transcript of 2mr81sHYC0A | | | |
| 372 | Video - TelexFREE Joint Venture with Best Western Creates Wealth (DqcKL1AgIPI) ( 5/20/13) | | | |
| 372.01 | Transcript of DqcKL1AgIPI | | | |
| 373 | Video - TelexFREE Investigation with Pres James Merril, VP Carlos Wanzeler and Steve Labriola (Z2vdJYJX6s8) (6/20/13) | | | |
| 373.01 | Transcript of Z2vdJYJX6s8 | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 374 | Video - James Merrill Speaks About TelexFREE Brazil Investigation (zO4xe0tE4) (6/20/13) | | | |
| 374.01 | Transcript of zO4xe0tE4 | | | |
| 375 | Video - New TelexFREE Payment System Before Next Week - Steve Labrolia Call (3xyQ30dD9jc) (8/09/13) | | | |
| 375.01 | Transcript of 3xyQ30dD9jc | | | |
| 376 | Video - TelexFree 2012 Extravaganza USA Expansion Begins (9/06/13) | | | |
| 376.01 | Transcript of TelexFree 2012 Extravaganza | | | |
| 377 | Video - TelexFREE Corporate Speakers at Newport Beach Extravaganza (9/27/13) | | | |
| 377.01 | Transcript of TelexFREE Corporate Speakers at Newport Beach Extravaganza | | | |
| 378 | Video - Convencion Internacional TelexFREE 1 DIA (n1r9SOoBo4) (12/20/13) | | | |
| 378.01 | Transcript of n1r9SOoBo4 | | | |
| 379 | Video - Convencion Internacional TelexFREE 3 DIA (rvfy3Pjsdae) (1/01/14) | | | |
| 379.01 | Transcript of rvfy3Pjsdae | | | |
| 380 | Video - TelexFREE Steve Labriola Happy New Year Update Call (ESpsAm8zVds) (1/14/14) | | | |
| 380.01 | Transcript of ESpsAm8zVds | | | |
| 381 | Video - Exclusivo Globo Merrill (CxeRltUy0X8) (1/20/14) | | | |
| 381.01 | Transcript of CxeRltUy0X8 | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 382 | Video - 1099s TELEXFREE Special Update ( IKRIQf4E9E) (2/16/14) | | | |
| 382.01 | Transcript of IKRIQf4E9E | | | |
| 383 | Video - TelexFREE Internacional Boston Telexfree (4nCmiJFPej8) (2/17/14) | | | |
| 383.01 | Transcript of 4nCmiJFPej8 | | | |
| 384 | Video - TelexFree Intl Presentation by President Merrill in Madrid (of M8y5Xhf9P7o) (3/02/14) | | | |
| 384.01 | Transcript of M8y5Xhf9P7o | | | |
| 385 | Video - TelexFree Intl Presentation by President Merrill in Madrid2 (nv_AKb-86cc) (3/05/14) | | | |
| 385.01 | Transcript of nv_AKb-86cc | | | |
| 386 | Video - TelexFREE Beyond Mailbox Money Steve Labriola (6AJJrhLlWLA) (3/05/14) | | | |
| 386.01 | Transcript of 6AJJrhLlWLA | | | |
| 387 | Video -Extravangaza USA 2013 James Merrill (3/12/14) | | | |
| 387.01 | Transcript of Extravangaza USA 2013 James Merrill | | | |
| 388 | Video - English Business Presentation (3/12/14) | | | |
| 3.88.01 | Transcript of English Business Presentation | | | |
| 389 | Video - TelexFREE Investigation With Pres James Merrill, VP Carlos Wanzeler (3/12/14) | | | |
| 389.01 | Transcript of TelexFREE Investigation With | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 390 | Video - Telexfree LAWYER (3/12/14) | | | |
| 390.01 | Transcript of Telexfree LAWYER | | | |
| 391 | Video - TelexAPP Launch Live From Boston (G6MKSjKjFSM) (3/12/14) | | | |
| 391.01 | Transcript of G6MKSjKjFSM | | | |
| 392 | Video - Word from Telexfree President James Merrill Boston TelexFREE (HoMzslyOr9o) (3/21/14) | | | |
| 392.01 | Transcript of HoMzslyOr9o | | | |
| 393 | Video - TelexFREE Steve Labriola Lots of Questions I Have Answers (GM0w23y7rpk) (4/06/14) | | | |
| 393.01 | Transcript of GM0w23y7rpk | | | |
| 394 | Video - vGyY0UevrZ40 | | | |
| 395-398 | Intentionally blank-no exhibit | | | |
| 399 | Google Confidential & Proprietary videodata | | | |
| 400 | Federal Reserve Bank Wire Records | | | |
| 401.01 | Account Opening Documents for Telexfree Inc account no. ****7408 at B of A | | | |
| 401.02 | Account Statements for Telexfree Inc acct. no. ****7408 at B of A | | | |
| 401.03 | Deposit Items and Credits for Telexfree Inc acct. no. ****7408 at B of A | | | |
| 401.04 | Checks, Withdrawals, and Debit Items for Telexfree Inc acct. no. ****7408 at B of A | | | |
| 402.01 | Account Opening Documents for Telexfree Inc account no. ****0343 at B of A | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 402.02 | Account Statements for Telexfree Inc  acct. no. ****0343 at B of A | | | |
| 402.03 | Deposit Items and Credits for Telexfree Inc  acct. no. ****0343 at B of A | | | |
| 403.01 | Account Opening Documents for James Merrill account no. ****6790 at B of A | | | |
| 403.02 | Account Statements for James Merrill acct. no. ****6790 at B of A | | | |
| 403.03 | Deposit Items and Credits for James Merrill acct. no. ****6790 at B of A | | | |
| 403.04 | Checks, Withdrawals, and Debit Items for James Merrill acct. no. ****6790 at B of A | | | |
| 404.01 | Account Opening Documents for James Merrill account no. ****8701 at B of A | | | |
| 404.02 | Account Statements for James Merrill acct. no. ****8701 at B of A | | | |
| 404.03 | Deposit Items and Credits for James Merrill acct. no. ****8701 at B of A | | | |
| 404.04 | Checks, Withdrawals, and Debit Items for James Merrill acct. no. ****8701 at B of A | | | |
| 405.02 | Account Statements for Wanzeler acct. no. ****1826 at B of A | | | |
| 405.03 | Deposit Items and Credits for Wanzeler acct. no. ****1826 at B of A | | | |
| 405.04 | Checks, Withdrawals, and Debit Items for Wanzeler acct. no. ****1826 at B of A | | | |
| 406.01 | Account Opening Documents for Brazilian Help acct. no. ****0421 at B of A | | | |
| 406.02 | Account Statements for Brazilian Help acct. no. ****0421 at B of A | | | |
| 407.01 | Account Opening Documents for Brazilian Help acct. no. 6064 at B of A | | | |
| 407.02 | Account Statements for Brazilian Help acct. no. 6064 at B of A | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 407.03 | Deposit Items and Credits for Brazilian Help acct. no. 6064 at B of A | | | |
| 407.04 | Checks, Withdrawals, and debit Items for Brazilian Help acct. no. 6064 at B of A | | | |
| 409.01 | Account Opening Documents for Wanzeler account no. 1113 at Citizens | | | |
| 409.02 | Account Statements for Wanzeler acct. no. 1113 at Citizens | | | |
| 409.03 | Deposit Items and Credits for Wanzeler acct. no. 1113 at Citizens | | | |
| 409.04 | Checks, Withdrawals, and Debit Items for Wanzeler acct. no. 1113 at Citizens | | | |
| 410.01 | Account Opneing Documents for Telexfree LLC account no. ****3752 at Citizens | | | |
| 411.01 | Account Opening Documents for Telexfree Inc account no. ****907-8 at Citizens Bank | | | |
| 411.02 | Account Statements for Telexfree Inc acct. no. ****907-8 at Citizens Bank | | | |
| 411.03 | Deposit Items and Credits for Telexfree Inc acct. no. ****907-8 at Citizens Bank | | | |
| 411.04 | Checks, Withdrawals, and Debit Items for Telexfree Inc acct. no.****907-8 at Citizens Bank | | | |
| 412.01 | Account Opening Documents for Telexfree LLC account no. ****802-6 at Citizens Bank | | | |
| 412.02 | Account Statements for Telexfree LLC acct. no. ****802-6 at Citizens Bank | | | |
| 412.03 | Deposit Items and Credits for Telexfree LLC acct. no. ****802-6 at Citizens Bank | | | |
| 412.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no.****802-6 at Citizens Bank | | | |
| 413.01 | Account Opening Documents for James Merrill account no. ****108-3 at Citizens Bank | | | |
| 413.02 | Account Statements for James Merrill acct. no. ****108-3 at Citizens Bank | | | |
| 413.03 | Deposit Items and Credits for James Merrill acct. no. ****108-3 at Citizens Bank | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 413.04 | Checks, Withdrawals, and Debit Items for James Merrill acct. no.****108-3 at Citizens Bank | | | |
| 414.01 | Account Opening Documents for James Merrill account no. ****125-3 at Citizens Bank | | | |
| 414.02 | Account Statements for James Merrill acct. no. ****125-3 at Citizens Bank | | | |
| 414.03 | Deposit Items and Credits for James Merrill acct. no. ****125-3 at Citizens Bank | | | |
| 414.04 | Checks, Withdrawals, and Debit Items for James Merrill acct. no.****125-3 at Citizens Bank | | | |
| 415.01 | Account Opening Documents for James Merrill account no. ****1818 at Citizens Bank | | | |
| 415.02 | Account Statements for James Merrill acct. no. ****1818 at Citizens Bank | | | |
| 415.03 | Deposit Items and Credits for James Merrill acct. no. ****1818 at Citizens Bank | | | |
| 415.04 | Checks, Withdrawals, and Debit Items for James Merrill acct. no.****1818 at Citizens Bank | | | |
| 416.01 | Account Opening Documents for James Merrill account no. ****3040 at Citizens Brokerage | | | |
| 416.02 | Account Statements for James Merrill acct. no. ****3040 at Citizens Brokerage | | | |
| 417.01 | Account Opening Documents for Telexfree LLC account no. ****3173 at Citizens Brokerage | | | |
| 417.02 | Account Statements for Telexfree LLC acct. no. ****3173 at Citizens Brokerage | | | |
| 418.01 | Account Opening Documents for Brazilian Help acct. no. ****1156 at Citizens Bank | | | |
| 418.02 | Account Statements for Brazilian Help acct. no. ****1156 at Citizens Bank | | | |
| 418.03 | Deposit Items and Credits for Brazilian Help acct. no. ****1156 at Citizens Bank | | | |
| 418.04 | Checks, Withdrawals, and Debit Items for Brazilian Help acct. no. ****1156 at Citizens Bank | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 421.01 | Account Opening Documents for Telexfree Inc account no. 825-0956982 at TD Bank | | | |
| 421.02 | Account Statements for Telexfree Inc acct. no. ****6982 at TD Bank | | | |
| 421.03 | Deposit Items and Credits for Telexfree Inc acct. no. ****6982 at TD Bank | | | |
| 421.04 | Checks, Withdrawals, and Debit Items for Telexfree Inc acct. no.****6982 at TD Bank | | | |
| 422.01 | Account Opening Documents for Telexfree LLC account no. ****8409 at TD Bank | | | |
| 422.02 | Account Statements for Telexfree LLC acct. no. ****8409 at TD Bank | | | |
| 422.03 | Deposit Items and Credits for Telexfree LLC acct. no. ****8409 at TD Bank | | | |
| 422.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no.****8409 at TD Bank | | | |
| 423.01 | Account Opening Documents for Telexfree LLC account no. ****0955 at TD Bank | | | |
| 423.02 | Account Statements for Telexfree LLC acct. no. ****0955  at TD Bank | | | |
| 423.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no.****0955  at TD Bank | | | |
| 424.01 | Account Opening Documents for Telexfree LLC account no. ****0334 at TD Bank | | | |
| 424.02 | Account Statements for Telexfree LLC acct. no. ****0334  at TD Bank | | | |
| 424.03 | Deposit Items and Credits for Telexfree LLC acct. no. ****0334 at TD Bank | | | |
| 424.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no.****0334  at TD Bank | | | |
| 425.01 | Account Opening Documents for Telexfree LLC account no. ****2808 at TD Bank | | | |
| 425.02 | Account Statements for Telexfree LLC acct. no. ****2808  at TD Bank | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 425.03 | Deposit Items and Credits for Telexfree LLC acct. no. ****2808 at TD Bank | | | |
| 425.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no.****2808  at TD Bank | | | |
| 426.01 | Account Opening Documents for Brazilian Help account no. ****5183 at TD Bank | | | |
| 426.02 | Account Statements for Brazilian Help acct. no. ****5183  at TD Bank | | | |
| 426.03 | Deposit Items and Credits for Brazilian Help acct. no. ****5183 at TD Bank | | | |
| 427.01 | Account Opening Documents for Brazilian Help account no. ****6958 at TD Bank | | | |
| 427.02 | Account Statements for Brazilian Help acct. no. ****6958  at TD Bank | | | |
| 427.03 | Deposit Items and Credits for Brazilian Help acct. no. ****6958 at TD Bank | | | |
| 427.04 | Checks, Withdrawals, and Debit Items for Brazilian Help acct. no.****6958 at TD Bank | | | |
| 431.01 | Account Opening Documents for Telexfree LLC account  no. 2-260 at Middlesex | | | |
| 431.02 | Account Statements for Telexfree LLC acct.  no. 2-260 at Middlesex | | | |
| 431.03 | Deposit Items and Credits for Telexfree LLC acct.  no. 2-260 at Middlesex | | | |
| 431.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct.  no. 2-260 at Middlesex | | | |
| 432.01 | Account Opening Documents for James & Kristin Merrill account no. 9568 at Middlesex | | | |
| 432.02 | Account Statements for James & Kristin Merrill acct.   no. 9568 at Middlesex | | | |
| 432.04 | Checks, Withdrawals, and Debit Items for James & Kristin Merrill acct.  no. 9568 at Middlesex | | | |
| 433.01 | Account Opening Documents for James & Kristin Merrill account no. 6876 at Middlesex | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 433.02 | Account Statements for James & Kristin Merrill acct. no. 6876 at Middlesex | | | |
| 433.03 | Deposit Items and Credits for James & Kristin Merrill acct. no. 6876 at Middlesex | | | |
| 433.04 | Checks, Withdrawals, and Debit Items for James & Kristin Merrill acct. no. 6876 at Middlesex | | | |
| 441.01 | Account Opening Documents for Telexfree LLC account no. 3842 at Fidelity | | | |
| 441.02 | Account Statements for Telexfree LLC acct. no. 3842 at Fidelity | | | |
| 441.03 | Deposit Items and Credits for Telexfree LLC acct. no. 3842 at Fidelity | | | |
| 441.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no. 3842 at Fidelity | | | |
| 442.04 | Account Opening Documents for Telexfree Inc account no. 3859 at Fidelity | | | |
| 442.02 | Account Statements for Telexfree Inc acct. no. 3859 at Fidelity | | | |
| 442.03 | Deposit Items and Credits for Telexfree Inc acct. no. 3859 at Fidelity | | | |
| 442.04 | Checks, Withdrawals, and Debit Items for Telexfree Inc acct. no. 3859 at Fidelity | | | |
| 443.01 | Account Opening Documents for Telexfree LLC account no. 7884 at Fidelity | | | |
| 443.02 | Account Statements for Telexfree LLC acct. no. 7884 at Fidelity | | | |
| 443.03 | Deposit Items and Credits for Telexfree LLC acct. no. 7884 at Fidelity | | | |
| 443.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no. 7884 at Fidelity | | | |
| 444.01 | Account Opening Documents for James M. Merrill account no. 4758 at Fidelity | | | |
| 444.02 | Account Statements for James M. Merrill acct. no. 4758 at Fidelity | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 444.03 | Deposit Items and Credits for James M. Merrill acct. no. 4758 at Fidelity | | | |
| 444.04 | Checks, Withdrawals, and Debit Items for James M. Merrill acct. no. 4758 at Fidelity | | | |
| 445.01 | Account Opening Documents for James Merrill account no. 9971 at Fidelity | | | |
| 445.02 | Account Statements for James Merrill acct. no. 9971 at Fidelity | | | |
| 446.01 | Account Opening Documents for Carlos Wanzeler Account ****5754 at Fidelity | | | |
| 446.02 | Account Statements for Carlos Wanzeler Fidelity Account ****5754 at Fidelity | | | |
| 446.03 | Deposit Items and Credits for Carlos Wanzeler acct. no. 5754 at Fidelity | | | |
| 446.04 | Checks, Withdrawals, and Debit Items for Carlos Wanzeler acct. no. 5754 at Fidelity | | | |
| 451.01 | Account Opening Documents for Telexfree LLC account no. 8498 at Wells Fargo | | | |
| 451.02 | Account Statements for Telexfree LLC acct. no. 8498 at Wells Fargo | | | |
| 451.03 | Deposit Items and Credits for Telexfree LLC acct. no. 8498 at Wells Fargo | | | |
| 451.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no. 8498 at Wells Fargo | | | |
| 452.01 | Account Opening Documents for Telexfree LLC account no. ****8506 at Wells Fargo | | | |
| 452.02 | Account Statements for Telexfree LLC acct. no. ****8506 at Wells Fargo | | | |
| 452.03 | Deposit Items and Credits for Telexfree LLC acct. no. ****8506 at Wells Fargo | | | |
| 452.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no. ****8506 at Wells Fargo | | | |
| 453.01 | Account Opening Documents for Telexfree LLC account no. 7089 at Wells Fargo | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 453.02 | Account Statements for Telexfree LLC acct. no. 7089 at Wells Fargo | | | |
| 453.03 | Deposit Items and Credits for Telexfree LLC acct. no. 7089 at Wells Fargo | | | |
| 454.01 | Account Opening Documents for Telexfree LLC account no. 6786 at Wells Fargo | | | |
| 454.02 | Account Statements for Telexfree LLC acct. no. 6786 at Wells Fargo | | | |
| 455.01 | Account Opening Documents for Telexfree LLC account no. ****6810 at Wells Fargo | | | |
| 455.02 | Account Statements for Telexfree LLC acct. no. ****6810 at Wells Fargo | | | |
| 456.01 | Account Opening Documents for Telexfree LLC account no. 6715 at Wells Fargo | | | |
| 456.02 | Account Statements for Telexfree LLC acct. no. 6715 at Wells Fargo | | | |
| 456.03 | Deposit Items and Credits for Telexfree LLC acct. no. 6715 at Wells Fargo | | | |
| 456.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no. 6715 at Wells Fargo | | | |
| 457.01 | Account Opening Documents for Telexfree LLC account no. 6723 at Wells Fargo | | | |
| 457.02 | Account Statements for Telexfree LLC acct. no. 6723 at Wells Fargo | | | |
| 457.03 | Deposit Items and Credits for Telexfree LLC acct. no. 6723 at Wells Fargo | | | |
| 458.01 | Account Opening Documents for Telexfree LLC account no. 0264 at Wells Fargo | | | |
| 458.02 | Account Statements for Telexfree LLC acct. no. 0264 at Wells Fargo | | | |
| 458.03 | Deposit Items and Credits for Telexfree LLC acct. no. 0264 at Wells Fargo | | | |
| 458.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no. 0264 at Wells Fargo | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 459.01 | Account Opening Documents for Telexfree LLC account no. ****0272 at Wells Fargo | | | |
| 459.02 | Account Statements for Telexfree LLC acct. no. ****0272 at Wells Fargo | | | |
| 459.03 | Deposit Items and Credits for Telexfree LLC acct. no. ****0272 at Wells Fargo | | | |
| 459.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no. ****0272 at Wells Fargo | | | |
| 460.01 | Account Opening Documents for Carlos Wanzeler account no. ****6171 at Wells Fargo | | | |
| 460.02 | Account Statements for Carlos Wanzeler acct. no. ****6171 at Wells Fargo | | | |
| 460.03 | Deposit Items and Credits for Carlos Wanzeler acct. no. ****6171 at Wells Fargo | | | |
| 460.04 | Checks, Withdrawals, and Debit Items for Carlos Wanzeler acct. no. ****6171 at Wells Fargo | | | |
| 461.01 | Account Opening Documents for Telexfree Financial Inc account no. ****4252 at Wells Fargo | | | |
| 461.02 | Account Statements for Telexfree Financial Inc acct. no. ****4252 at Wells Fargo | | | |
| 461.03 | Deposit Items and Credits for Telexfree Financial Inc acct. no. ****4252 at Wells Fargo | | | |
| 462.01 | Account Opening Documents for Telexfree Financial Inc account no. ****3387 at Wells Fargo | | | |
| 462.02 | Account Statements for Telexfree Financial Inc acct. no. ****3387 at Wells Fargo | | | |
| 462.03 | Deposit Items and Credits for Telexfree Financial Inc acct. no. ****3387 at Wells Fargo | | | |
| 462.04 | Checks, Withdrawals, and Debit Items for Telexfree Financial Inc acct. no. ****3387 at Wells Fargo | | | |
| 463.01 | Account Opening Documents for Carlos Wanzeler account no. ****4522 at Wells Fargo | | | |
| 463.02 | Account Statements for Carlos Wanzeler acct. no. ****4522 at Wells Fargo | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 464.01 | Account Opening Documents for Carlos Wanzeler account no. 5754009 at Wells Fargo | | | |
| 464.02 | Account Statements for Carlos Wanzeler acct. no. ****4009 at Wells Fargo | | | |
| 464.03 | Deposit Items and Credits for Carlos Wanzeler acct. no. ****4009 at Wells Fargo | | | |
| 464.04 | Checks, Withdrawals, and Debit Items for Carlos Wanzeler acct. no. ****4009 at Wells Fargo | | | |
| 465.01 | Account Opening Documents for Carlos Wanzeler account no. ****3374 at Wells Fargo | | | |
| 465.01 | Account Statements for Carlos Wanzeler acct. no. ****3374 at Wells Fargo | | | |
| 471.01 | Account Opening Documents for Telexfree Financial Inc account no. ****1813 at PNC Bank | | | |
| 471.02 | Account Statements for Telexfree Financial Inc acct. no. ****1813 at PNC Bank | | | |
| 471.03 | Deposit Items and Credits for Telexfree Financial Inc acct. no. ****1813 at PNC Bank | | | |
| 471.04 | Checks, Withdrawals, and Debit Items for Telexfree Financial Inc acct. no. ****1813 at PNC Bank | | | |
| 472.01 | Account Opening Documents for Telexfree Financial Inc account no. ****7487 at PNC Bank | | | |
| 472.02 | Account Statements for Telexfree Financial Inc acct. no. ****7487 at PNC Bank | | | |
| 473.01 | Account Opening Documents for James Merrill account no. ****3551 at PNC Bank | | | |
| 473.02 | Account Statements for James Merrill acct. no. ****3551 at PNC Bank | | | |
| 474.01 | Account Opneing Documents for Wanzeler account no. ****3623 at PNC Bank | | | |
| 474.02 | Account Statements for Wanzeler acct. no. ****3623 at PNC Bank | | | |
| 474.03 | Deposit Items and Credits for wanzelerl acct. no. ****3623 at PNC Bank | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 475.01 | Account Opening Documents for Brazilian Help account no. ****1587 at Commerce Bank Accounts | | | |
| 475.02 | Account Statements for Brazilian Help acct. no. ****1587 at Commerce Bank Accounts | | | |
| 475.03 | Deposit Items and Credits for Brazilian Help acct. no. ****1587 atCommerce Bank Accounts | | | |
| 476.01 | Account Opening Documents for Brazilian Help account no. ****0724 at Commerce Bank Accounts | | | |
| 476.02 | Account Statements for Brazilian Help acct. no. ****0724 at Commerce Bank Accounts | | | |
| 476.03 | Deposit Items and Credits for Brazilian Help acct. no. ****0724 at Commerce Bank Accounts | | | |
| 476.04 | Checks, Withdrawals, and Debit Items for Brazilian Help acct. no.****0724 at Commerce Bank Accounts | | | |
| 481.01 | Account Opening Documents for Telexfree LLC account no. ****4031 at Bank/New England | | | |
| 481.02 | Account Statements for Telexfree LLC acct. no. ****4031 at Bank/New England | | | |
| 481.03 | Deposit Items and Credits for Telexfree LLC acct. no. ****4031 at Bank/New England | | | |
| 482.01 | Account Opening Documents for Telexfree LLC account no. ****1039 at Infinex Investments | | | |
| 482.02 | Account Statements for Telexfree LLC acct. no. ****1039 at Infinex Investments | | | |
| 483.01 | Account Opening Documents for Telexfree LLC account no. ****6844 at Infinex Investments | | | |
| 483.02 | Account Statements for Telexfree LLC acct. no. ****6844 at Infinex Investments | | | |
| 483.03 | Deposit Items and Credits for Telexfree LLC acct. no. ****6844 at Infinex Investments | | | |
| 483.04 | Checks, Withdrawals, and Debit Items for Telexfree LLC acct. no. ****6844 at Infinex Investments | | | |
| 484.01 | Account Opening Documents for Telexfree LLC account no. ****6997 at MFS Investments | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 484.02 | Account Statements for Telexfree LLC acct. no. ****6997 at MFS Investments | | | |
| 485.01 | Account Opening Documents for Telexfree LLC account no. ****4903 at Waddell & Reed | | | |
| 485.02 | Account Statements for Telexfree LLC acct. no. ****4903 at Waddell & Reed | | | |
| 485.03 | Deposit Items and Credits for Telexfree LLC acct. no. ****4903 at Waddell & Reed | | | |
| 486.01 | Account Opening Documents for James & Kristin Merrill account no. ****5999 at Waddell & Reed | | | |
| 486.02 | Account Statements for James & Kristin Merrill acct. no. ****5999 at Waddell & Reed | | | |
| 486.03 | Deposit Items and Credits for James & Kristin Merrill acct. no. ****5999 at Waddell & Reed | | | |
| 487.01 | Account Opening Documents for James & Kristin Merrill account no. ****1090 at Waddell & Reed | | | |
| 488.01 | Account Opening Documents for James Merrill account no. ****6892 at Waddell & Reed | | | |
| 488.02 | Account Statements for James Merrill acct. no. ****6892 at Waddell & Reed | | | |
| 488.03 | Deposit Items and Credits for James Merrill acct. no. ****6892 at Waddell & Reed | | | |
| 491.01 | Account Opening Documents for James Merrill account no. ****9562-04/05/08/12/16/35 at American Funds | | | |
| 491.02 | Account Statements for James Merrill acct. no. ****9562 at American Funds | | | |
| 492.01 | Account Opening Documents for Kristin Merrill account no. ****8073 at American Funds | | | |
| 492.02 | Account Statements for Kristin Merrill acct. no. ****8073 at American Funds | | | |
| 493.01 | Account Opening Documents for James Merrill account no. ****6619-05/16 at American Funds | | | |
| 493.02 | Account Statements for James Merrill acct. no. ****6619 at American Funds | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 494.01 | Account Opening Documents for James Merrill account no. ****4974-1004 at American Funds | | | |
| 494.02 | Account Statements for James Merrill acct. no. ****4974 at American Funds | | | |
| 495.01 | Account Opening Documents for James Merrill account no. ****4976-1004 at American Funds | | | |
| 495.02 | Account Statements for James Merrill acct. no. ****4976 at American Funds | | | |
| 501 | Complete extract of account X1438 (Ympactus Comercial) at Banco Itau (Brazil) | | | |
| 502 | List of Transfers from account XX7935 (Ympactus Comercial) to Carlos Wanzeler | | | |
| 503 | Complete extract of account XX3076 (Carlos Wanzeler) at Banco do Brasil | | | |
| 504 | Complete extract of account XX7774 (Carlos Wanzeler) at Banco Itau (Brazil) | | | |
| 505 | Complete extract of account XX0936 (Carlos Wanzeler) at Banco Itau (Brazil) | | | |
| 506 | Complete extract of account XXXX9908 (Carlos Wanzeler) at Banco Itau (Brazil) | | | |
| 507 | Wire transfer orders and advices for Banco do Brasil transfers to Carlos Wanzeler | | | |
| 508 | Advices of Wire Transfers from Ympactus Comercial to Carlos Wanzeler | | | |
| 601 | Summary Chart - Schedule of Telexfree Bank and Investment Accounts with Authorized Signors | | | |
| 602 | Summary Chart - Schedule of Telexfree Payment Processor Agreements with Authorized Signors | | | |
| 603 | Summary Chart - Schedule of Specific Wire Transfer Transactions | | | |
| 604 | Summary Chart - Graphic of Wire Transfers to Wanzeler and Merrill | | | |
| 605 | Summary Chart - Schedule of Payments to James Merrill | | | |
| 606 | Summary Chart - Schedule of Cash Deposits into the Bank Account of James Merrill | | | |

| Exhibit Number: | Description of Exhibit | Marked (Y or N) | Admitted (Y or N) | Date Admitted: |
|---|---|---|---|---|
| 607 | Summary Chart - Schedule of Specific Closed Bank Accountsa | | | |
| 608 | Summary Chart - Graphic regarding Bank Accounts Opened and Closed | | | |
| 609 | Summary Chart - Schedule of Corporate Registrations for Telexfree Entities with Corporate Officers | | | |
| 610 | Summary Chart - Bar Graph of Payment Processing Company Payments | | | |
| 611 | Summary Chart - Bank Account Receipts for Telexfree entities | | | |
| 612 | Pie Chart of VOIP Sales v. Other Receipts for Transactions Processed by Propay | | | |
| 613 | Pie Chart of VOIP Sales v. Other Receipts for Transactions Processed by Phoenix Payments/Base Commerce | | | |
| 614 | Pie Chart of VOIP Sales v. Other Receipts for Transactions Processed by International Payment Services | | | |
| 615 | Pie Chart of VOIP Sales v. Other Receipts for Transactions Processed by Allied Wallet | | | |
| 616 | Summart Chart Showing Source of the $865,000 Payment from Wanzeler to James Merrill | | | |
| 617 | Summary Chart Showing the Disposition of the 865,000 Payment from Wanzeler to James Merrill | | | |
| 618 | Schedule of Payments to Carlos Wanzeler | | | |