UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 14-CR-40028-TSH |
| ) | |
| JAMES MERRILL, ) | |
| Defendant | |

**James Merrill's First Sentencing Submission**

Now comes the Defendant, James Merrill, by and through undersigned counsel, and hereby provides the Court with a December 10, 2014, discovery letter provided by the government in this case (attached hereto as Exhibit 1), as well as twenty-six (26) signed letters of support received to date from friends and family members (attached hereto as Exhibits 2 – 27). At this point, Mr. Merrill expects to provide the Court with three sentencing submissions (including this one). Mr. Merrill anticipates filing a second submission on or about March 8th, which will consist of emails and other documents that help describe the narrative of TelexFree and Mr. Merrill's role in the evolution of the company. Finally, Mr. Merrill expects to provide the Court with a comprehensive, traditional sentencing memorandum on or before March 15th.

The attached letters of support are self-explanatory, though it should be noted they are extraordinary in terms of their uniform description of James Merrill as an extraordinary person—an astonishingly humble, truly decent, and charitable human being. The discovery letter provided by the government relatively early in this case (Exhibit 1) is extraordinary in that numerous persons, when interviewed by the government in the preparation of their case, consistently described Mr. Merrill as the person within TelexFree that had been attempting to

bring the company into compliance. As the government notes in the opening paragraph of the letter, numerous individuals interviewed during the investigation of the case "provided information that could be viewed as exculpatory with regard to Mr. Merrill."

For example, Jay Borromei, an IT professional hired by Mr. Merrill to help bring TelexFree into compliance (and an expected government witness at trial), told the government that Mr. Merrill was "always [ ] surprised that financial institutions did not want to do business with TelexFree, that he "had many discussions with Merrill about changing the compensation plan," that the nationally renowned attorney hired by TelexFree "said words to the effect that [he] did not see anything illegal with the compensation plan but saw things which were atypical and raised red flags," that he viewed Mr. Merrill "as primarily responsible for the business operations, fixed operations, customer support, employees, paying bills, banking, paying invoices, and trying to figure out what new products TelexFree could promote" and saw Wanzeler "as having more of a decision-making role and being involved in the development processes," that Wanzeler "was focused on what information people had access to," that "Merrill threatened to resign in early 2014 . . . because Merrill was frustrated that the company was not following the advice of counsel or consultants and changing fast enough," that he believed "Merrill was frustrated by the pace at which TelexFree was coming into compliance, and that Merrill didn't have the authority to make it happen, because decisions went to across Wanzeler and Costa before any changes were made." *See* Exhibit 1. The discovery letter details statements from six additional witnesses, all of whom echo these same common themes: Mr. Merrill wanted the company to be compliant and made significant efforts to push the company into compliance, that he was focused on company participants actually selling the product and acquiring actual retail

customers, that he did not want to continue working at the company unless it changed its policies and plans and brought itself into regulatory compliance, that he did not have access to the critical business data, that he was overwhelmed and in "over his head," that he was not in control of the company, was not the ultimate decision-maker, and was not capable of implementing changes on his own.  *See* Exhbit 1.  The emails and other documents the defense anticipates providing the Court on or before March 8th will provide documentary context for all of these general themes.

>
> Respectfully Submitted,
> JAMES MERRILL,
> By his Attorney,
>
> **/s/ Robert M. Goldstein**
> Robert M. Goldstein, Esq.
> Mass. Bar No. 630584
> 20 Park Plaza, Suite 1000
> Boston, MA 02116
> (617) 742-9015
> rmg@goldstein-lawfirm.com

Dated: March 2, 2017

### Certificate of Service

I, Robert M. Goldstein, hereby certify that on this date, March 2, 2017, a copy of the foregoing document has been served via the Electronic Court Filing system on all registered participants, including Assistant U.S. Attorneys Andrew Lelling and Neil Gallagher.

>
> **/s/ Robert M. Goldstein**
> Robert M. Goldstein