UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>JAMES MERRILL, )<br>      Defendant. ) | Criminal No.   14-40028-TSH |

## UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF ASSETS

The United States of America, by and through its attorney, William D. Weinreb, Acting United States Attorney for the District of Massachusetts, hereby files the following Bill of Particulars for Forfeiture of Assets.

On September 8, 2016, a federal grand jury sitting in the District of Massachusetts returned a seventeen-count First Superseding Indictment charging defendant James Merrill (the "Defendant"), and another, with Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349 (Count One); Wire Fraud, in violation of 18 U.S.C. § 1343 (Counts Two through Nine); and Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, in violation of 18 U.S.C. §§ 1957(a) and 2 (Counts Ten through Seventeen).

The First Superseding Indictment contained a Forfeiture Allegation, which gave the Defendant notice that the United States sought forfeiture, jointly and severally, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and upon conviction of one or more of the offenses charged in Counts One through Nine of the First Superseding Indictment, of any property, real or personal, that constitutes, or is derived from, proceeds traceable to the commission of the offenses.

In addition, the First Superseding Indictment contained a Money Laundering Forfeiture Allegation, which gave the Defendant notice that the United States sought forfeiture, jointly and severally, pursuant to 18 U.S.C. § 982(a)(1), and upon conviction of one or more of the offenses

alleged in Counts Ten through Seventeen of the First Superseding Indictment, of any property, real or personal, involved in the offenses, and any property traceable to such property.

The First Superseding Indictment further provided that, if any directly forfeitable property, as a result of any act or omission of the defendants, (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intention of the United States, pursuant to 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b)(1), both incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants, up to the value of such property.

Pursuant to, and without limiting in any manner the forfeiture allegations of the First Superseding Indictment, the United States hereby gives notice that in addition to the assets named as forfeitable in the First Superseding Indictment, it is seeking forfeiture of, without limitation, the following:

- a) $2,195,850 in United States currency, seized in Hudson, Massachusetts, on or about January 4, 2017; and

- b) $17,181,834 in United States currency, seized in Westborough, Massachusetts, on or about January 4, 2017.

                            Respectfully submitted,

                            WILLIAM D. WEINREB
                            Acting United States Attorney,


                        By:   */s/ Mary B. Murrane*
                              ANDREW E. LELLING
                              NEIL J. GALLAGHER
                              MARY B. MURRANE, B.B.O. ##644448
                              Assistant United States Attorneys
                              United States Attorney's Office
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3100
Date:  March 21, 2017           mary.murrane@usdoj.gov


## CERTIFICATE OF SERVICE

    I hereby certify that this document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


                              */s/ Mary B. Murrane*
                              MARY B. MURRANE
Date:  March 21, 2017           Assistant United States Attorney