UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS WANZELER, et al.<br><br>Defendants | Case No. 14-40028-TSH |

**JOINT MOTION TO CONTINUE FORFEITURE HEARING**

Petitioner Priscila Costa, the United States, and Defendant Carlos Wanzeler hereby jointly move this Court to continue the Forfeiture Hearing, scheduled for April 25, 2018, for 60 days to allow the parties to continue to explore settlement. The United States has communicated with *pro se* Petitioner Fabio Wanzeler, who assents to this Motion. As support for this Motion, the parties state that both Petitioners have had preliminary discussions with the government concerning settling this matter without the need for protracted discovery and litigation. The Parties believe that allowing them additional time to try to resolve this matter serves the interests of justice.

WHEREFORE, the Parties respectfully request that the Court allow this Motion.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney

 */s/*
MARY B. MURRANE, BBO #644448
mary.murrane@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 920
Boston, MA 02210
(617) 748-3100

CARLOS WANZELER

By his attorney,

/s/ *Paul V. Kelly*
Paul V. Kelly (BBO #267010)
Jackson Lewis, P.C.
75 Park Plaza
Boston, MA  02116
(617) 367-0025
paul.kelly@jacksonlewis.com

Priscila Costa

By her attorneys,

/s/ Douglas S. Brooks
Douglas S. Brooks (BBO No. 636697)
Benjamin S. Towbin (BBO No. 689318)
LibbyHoopes, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
(617) 338-9911 (fax)
dbrooks@libbyhoopes.com
btowbin@libbyhoopes.com

Dated:  April 24, 2018

## **CERTIFICATE OF SERVICE**

      I, Douglas S. Brooks, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by regular mail to those, if any, indicated as non-registered participants.

                                               /s/ Douglas S. Brooks
                                               Douglas S. Brooks