UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS WANZELER, et al.<br><br>Defendants | Case No. 14-40028-TSH |

## JOINT MOTION TO CONTINUE FORFEITURE HEARING

Petitioner Priscila Costa and the United States hereby jointly move this Court to continue the Forfeiture Hearing, scheduled for December 10, 2018, to January 9, 2019, to allow Ms. Costa and the United States to continue to explore settlement. As support for this Motion, the parties state that they have made substantial progress towards settling this matter without the need for protracted discovery and litigation. The parties need the additional requested time to try and finalize a settlement.

WHEREFORE, Ms. Costa and the United States respectfully request that the Court allow this Motion.

        Respectfully submitted,

        ANDREW E. LELLING,
        United States Attorney


         /s/
        MARY B. MURRANE, BBO #644448
        mary.murrane@usdoj.gov
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 920
        Boston, MA 02210
        (617) 748-3100


        Petitioner Priscila Costa

        By her attorneys,


        /s/ Douglas S. Brooks
        Douglas S. Brooks (BBO No. 636697)
        Benjamin S. Towbin (BBO No. 689318)
        LibbyHoopes, P.C.
        399 Boylston Street
        Boston, MA 02116
        (617) 338-9300
        (617) 338-9911 (fax)
        dbrooks@libbyhoopes.com
        btowbin@libbyhoopes.com

Dated:  December 4, 2018


## CERTIFICATE OF SERVICE

    I, Douglas S. Brooks, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by regular mail to those, if any, indicated as non-registered participants.


        /s/ Douglas S. Brooks
        Douglas S. Brooks