UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 14-40028-TSH |
| ) | |
| 1. JAMES MATTHEW MERRILL, ) | |
| 2. CARLOS NATANIEL WANZELER, ) | |
| Defendants ) | |
| ) | |
| PRISCILA COSTA, ) | |
| Claimant. ) | |

## JOINT MOTION TO CONTINUE JANUARY 9, 2019 HEARING

The United States and claimant Priscila Costa jointly move to continue the hearing currently scheduled for January 9, 2019 at 4:00 p.m. In support of this motion, the parties state that they have reached an agreement in principle to resolve the claim filed by Priscila Costa, and are currently drafting a settlement agreement. The parties request that the Court continue the hearing for 30 days, during which time the parties expect they will finalize and execute a settlement agreement, file it with the Court, and obviate the need to any further hearings on this forfeiture ancillary proceeding.

WHEREFORE, the United States and claimant Priscila Costa respectfully request that the Court continue the hearing currently scheduled on January 9, 2019.

| | |
|---|---|
| PRISCILA COSTA, | ANDREW E. LELLING, |
| by her attorney, | United States Attorney, |
| | |
| /s/ Douglas S. Brooks | By: /s/ Mary B. Murrane |
| DOUGLAS S. BROOKS, BBO #636697 | MARY B. MURRANE, BBO #644448 |
| Libby Hoopes PC | Assistant United States Attorney |
| 399 Boylston Street | United States Attorney's Office |
| Boston, MA 02116 | (617) 748-3100 |
| 617-338-9300 | |

Dated: January 8, 2019

**CERTIFICATE OF SERVICE**

  This is to certify that the foregoing document, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and that counsel not so registered shall receive a copy of this document via direct email.

                */s/ Mary B. Murrane*
                Mary B. Murrane
                Assistant United States Attorney

Date:  January 8, 2019