UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>1. CARLOS NATANIEL WANZELER; and<br>2. JAMES MATTHEW MERRILL,<br>     Defendants. | Criminal No. 14-40028-TSH |

### ORDER PARTIALLY VACATING PRELIMINARY ORDER OF FORFEITURE (Docket No. 347)

**HILLMAN, D.J.,**

The United States of America, having petitioned this Court for an Order to Partially Vacate the March 22, 2017 Preliminary Order of Forfeiture (Docket No. 347), for the following real property *only*:

    a. the real property described as Units 101, 102, 103, 201, 202, 301, 302, 303, 304, 402, of the Beverly Condominiums located at 900 NW 45th Street, Pompano Beach, FL 33064-1162 (the "Beverly Condominiums"),

and this Court being fully advised of the circumstances of this case, it is hereby:

ORDERED that the Preliminary Order of Forfeiture (Docket No. 347) shall be vacated with respect to the Beverly Condominiums *only*.

DONE AND ORDERED in Worcester, Massachusetts, this 3 day of May, 2019.

_____
TIMOTHY S. HILLMAN
United States District Judge