UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>JAMES MERRILL AND<br>CARLOS WANZELER, | Criminal No. 14 CR 40028-TSH |

## NOTICE OF APPEARANCE

Please enter the appearance of Harold B. Murphy and Andrew G. Lizotte on behalf of Stephen B. Darr as he is the trustee of the Chapter 11 bankruptcy estates of TelexFree, LLC, TelexFree, Inc., and TelexFree Financial, Inc. in Case No. 14-40987-MSH (the "Trustee"). The Trustee has an interest in this case by means of the Restitution Order dated July 11, 2017 [docket entry 367].

Respectfully Submitted,

STEPHEN B. DARR,
CHAPTER 11 TRUSTEE OF TELEXFREE INC.,
TELEXFREE LLC, AND TELEXFREE
FINANCIAL, INC.,
By his attorneys,

/s/ Harold B. Murphy
Harold B. Murphy (BBO #362610)
Andrew G. Lizotte (BBO #559609)
Murphy & King, Professional Corporation
One Beacon Street
Boston, Massachusetts 02108
Telephone: (617) 423-0400
Email: hmurphy@murphyking.com

1

## CERTIFICATE OF SERVICE

  I, Harold B. Murphy, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and by first class mail to non-registered participants.

/s/ Harold B. Murphy

773496